Robert E. Barnes
Barnes Law
601 S. Figueroa St., Ste. 4050
Los Angeles, CA 90017
Tel: (310) 510-6211/ Fax: (310) 510-6225
E-mail: robertbarnes@barneslawllp.com

Attorney for Plaintiff
Alex Jones

### UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ALEX JONES, | ) | Case No. 1:19-cv-00941-LY |
| Plaintiff, | ) ) ) | **PLAITIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) ) | |
| BRIANNA WU, ANDREW KIMMEL and THE YOUNG TURKS, LLC, | ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntary dismissed, against the Defendants, without prejudice. Plaintiff reserves the right to reinstitute claims against Defendants.

Respectfully submitted on November 29, 2019

                                                            By:    /s/ Robert E. Barnes
                                                                        ROBERT E. BARNES
                                                                        Counsel for Alex Jones

Barnes Law  
601 S. Figueroa St., Ste. 4050  
Los Angeles, CA 90017  
Tel: (310) 510-6211/ Fax: (310) 510-6225  
E-mail: robertbarnes@barneslawllp.com

## **CERTIFICATE OF SERVICE**

I, Robert E. Barnes, hereby certify that on this day, a true and correct copy of the foregoing document was transmitted via the Court's electronic filing system, which automatically sends notice and a copy of the filing to all counsel of record.

DATED this 29th day of November 2019.

/s/ Robert E. Barnes
Robert E. Barnes, Esq.
