IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 DEC -2  PM 3: 53

| | | |
|---|---|---|
| ALEX JONES, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. 1:19-CV-941-LY |
| V. | § | |
| | § | |
| BRIANNA WU; ANDREW KIMMEL, | § | |
| AND THE YOUNG TURKS, LLC, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-entitled and numbered cause of action. On November 29, 2019, Plaintiff Alex Jones filed Plaintiff's Notice of Voluntary Dismissal without prejudice (Doc. #2). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this 2nd day of December, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE